## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **DIANA KAY CRAVEN and** ) | |
| **DEBRA HUTSON,** ) | |
|   ) | |
| **Plaintiffs,** ) | |
|   ) | |
| v.   ) | Case No.: 2:21-cv-02003-TC-GEB |
|   ) | |
| **McCAFFREE-SHORT TITLE** ) | |
| **COMPANY, INC. and** ) | |
| **CARL McCAFFREE,** ) | |
|   ) | |
| **Defendants.** ) | |

### JOINT MOTION TO APPROVE FLSA SETTLEMENT

Plaintiffs Diana Kay Craven and Debra Hutson and Defendants McCaffree-Short Title Company, Inc. and Carl McCaffree (collectively, "the Parties") jointly move the Court for an Order approving their settlement resolving Plaintiffs' claims under the Fair Labor Standards Act ("FLSA"). The Parties' settlement meets (and exceeds) all requirements for the Court's approval. A bona fide dispute exists regarding Plaintiffs' exempt status and alleged time worked. The settlement is both fair and equitable to the Parties and contains a reasonable attorneys' fee award. A copy of the Parties' settlement agreement is attached to the Memorandum of Law accompanying this Motion.

For these reasons, which are set forth in full in the Parties' contemporaneously filed Memorandum of Law in support of this Motion, the Parties respectfully request that this Motion be GRANTED.

1

Respectfully submitted,

**DIANA KAY CRAVEN and
DEBRA HUTSON, PLAINTIFFS**

WILLIAMS DIRKS DAMERON, LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 945-7110
Facsimile: (816) 945-7118

Eric L. Dirks
D. Kan. Bar No. 77996
dirks@williamsdirks.com

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*s/ April Rhéaume*
April Rhéaume
Ark. Bar No. 2015208
Wash. Bar No. 57119
april@sanfordlawfirm.com
*Admitted Pro Hac Vice*

**and**

**DEFENDANTS MCCAFFREE-SHORT TITLE COMPANY, INC., and CARL MCCAFFREE**

SEYFERTH BLUMENTHAL & HARRIS, LLC

*/s/ Daniel O. Ramón*
4801 Main Street, Suite 310
Kansas City, Missouri 64112
Telephone: (816) 756-0700
Facsimile: (816) 756-3700

Michael L. Blumenthal
Kan. Bar No. 18582
mike@sbhlaw.com

Daniel O. Ramón
Kan. Bar No. 78699
danny@sbhlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2021, a true and correct copy of the above and foregoing document was served on all counsel of record through the District of Kansas CM/ECF electronic filing system.

/s/ *Daniel O. Ramón*
*Attorney for Defendants*
