| Date Billed On | Duration | Value | Description | Billed By | Rate |
|---|---|---|---|---|---|
| 9/28/2021 | 0.5 | $72.50 | Work on Client's file: export billing record and format to PDF with redactions. | Michael Fitzpatrick | $145.00 |
| 9/27/2021 | 0.1 | $14.50 | Preparation and drafting of motion for extension of time to dismissal documents | Kaylee Gould | $145.00 |
| 9/27/2021 | 0.1 | $14.50 | Conference with SB re motion for extension draft (email) | Kaylee Gould | $145.00 |
| 9/27/2021 | 0.1 | $29.00 | Receipt and review of changes to motion for approval | April Rhéaume | $290.00 |
| 9/27/2021 | 0.2 | $44.00 | Receive, read and prepare response to email(s) from opposing counsel regarding Motion for Approval | Samuel Brown | $220.00 |
| 9/27/2021 | 0.1 | $22.00 | Conference with MCP regarding finalizing billing spreadsheet exhibit | Samuel Brown | $220.00 |
| 9/22/2021 | 0.1 | $22.00 | Compose electronic communication to opposing counsel regarding settlement agreement | Samuel Brown | $220.00 |
| 9/16/2021 | 0.1 | $14.50 | Conference with SB re settlement signatures | Marley Cash-Powell | $145.00 |
| 9/16/2021 | 0.1 | $14.50 | Work on Client's file: settlement signature consolidation | Marley Cash-Powell | $145.00 |
| 9/16/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 9/16/2021 | 0.1 | $22.00 | Compose electronic communication to opposing counsel regarding Joint Motion for Approval | Samuel Brown | $220.00 |
| 9/16/2021 | 0.1 | $22.00 | Receive, read and prepare response to email(s) from opposing counsel regarding settlement agreement | Samuel Brown | $220.00 |
| 9/15/2021 | 0.1 | $14.50 | Conference with MF/SB re redacted time entries | Marley Cash-Powell | $145.00 |
| 9/15/2021 | 0.4 | $58.00 | Work on Client's file: preparing billing redactions for attorney | Michael Fitzpatrick | $145.00 |
| 9/15/2021 | 0.1 | $14.50 | Receipt and review of settlement docs signed by clients | Kaylee Gould | $145.00 |
| 9/15/2021 | 0.1 | $14.50 | Conference with SB re settlement docs (telephone) | Kaylee Gould | $145.00 |
| 9/15/2021 | 0.1 | $14.50 | Work on Client's file: finalize plaintiffs' signed settlement agreement | Kaylee Gould | $145.00 |
| 9/15/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 9/15/2021 | 0.5 | $72.50 | Work on Client's file: billing redactions | Michael Fitzpatrick | $145.00 |
| 9/15/2021 | 0.2 | $44.00 | Conference with MF regarding redacted billing spreadsheet | Samuel Brown | $220.00 |
| 9/15/2021 | 0.1 | $22.00 | Conference with KG regarding signed settlement agreement | Samuel Brown | $220.00 |
| 9/15/2021 | 0.1 | $22.00 | Compose electronic communication to opposing counsel regarding signed settlement agreement | Samuel Brown | $220.00 |
| 9/15/2021 | 0.5 | $110.00 | Editing and revision of Joint Motion for Approval | Samuel Brown | $220.00 |
| 9/15/2021 | 0.1 | $22.00 | Conference with JS regarding Joint Motion for Approval | Samuel Brown | $220.00 |
| 9/15/2021 | 0.1 | $29.00 | Receipt and review of order | April Rhéaume | $290.00 |
| 9/15/2021 | 0.1 | $47.00 | Editing and revision of settlement motion and BIS | Josh Sanford | $470.00 |
| 9/14/2021 | 0.1 | $14.50 | Conference with April re: task deadline today | Bobby G. Wheeler | $145.00 |
| 9/14/2021 | 0.2 | $44.00 | Telephone Conference(s) between Attorney and Client regarding ███████████ | Samuel Brown | $220.00 |
| 9/14/2021 | 0.2 | $44.00 | Editing and revision of Joint Motion for Extension | Samuel Brown | $220.00 |

EXHIBIT 4

| Date | Hours | Amount | Description | Timekeeper | Rate |
|---|---|---|---|---|---|
| 9/14/2021 | 0.1 | $22.00 | Receive, read and prepare response to email(s) from opposing counsel regarding settlement agreement, extension | Samuel Brown | $220.00 |
| 9/13/2021 | 0.1 | $14.50 | Conference with SB re settlement agreement (telephone) | Kaylee Gould | $145.00 |
| 9/13/2021 | 0.1 | $14.50 | Compose electronic communication to Debra Hutson re ▮ | Kaylee Gould | $145.00 |
| 9/13/2021 | 0.1 | $14.50 | Compose electronic communication to Diana Craven re ▮ | Kaylee Gould | $145.00 |
| 9/13/2021 | 0.1 | $22.00 | Receive, read and prepare response to email(s) from opposing counsel regarding settlement agreement | Samuel Brown | $220.00 |
| 9/13/2021 | 0.1 | $22.00 | Compose, prepare and send correspondence to Client regarding settlement agreement | Samuel Brown | $220.00 |
| 9/9/2021 | 0.1 | $14.50 | Receipt and review of settlement docs signed by Debra Hutson | Kaylee Gould | $145.00 |
| 9/9/2021 | 0.1 | $14.50 | Conference with SB re clients signing settlement docs (text) | Kaylee Gould | $145.00 |
| 9/9/2021 | 0.2 | $44.00 | Telephone Conference(s) between Attorney and Client regarding settlement | Samuel Brown | $220.00 |
| 9/9/2021 | 0.1 | $22.00 | Receipt and review of email from opposing counsel regarding edits to settlement agreement | Samuel Brown | $220.00 |
| 9/8/2021 | 0.1 | $14.50 | Conference with SB re settlement docs (email) | Kaylee Gould | $145.00 |
| 9/8/2021 | 0.1 | $29.00 | Conference with SB re: next steps | April Rhéaume | $290.00 |
| 9/8/2021 | 0.2 | $44.00 | Telephone Conference(s) between Attorney and Client regarding settlement agreement | Samuel Brown | $220.00 |
| 9/8/2021 | 0.1 | $22.00 | Compose electronic communication to opposing counsel regarding edits to settlement agreement | Samuel Brown | $220.00 |
| 9/8/2021 | 0.1 | $29.00 | Receipt and review of settlement agreement | April Rhéaume | $290.00 |
| 9/7/2021 | 0.1 | $29.00 | Conference with SB re: status of settlement and next steps | April Rhéaume | $290.00 |
| 9/7/2021 | 0.1 | $14.50 | Compose electronic communication to Diana Craven re settlement docs to sign | Kaylee Gould | $145.00 |
| 9/7/2021 | 0.1 | $14.50 | Compose electronic communication to Debra Hutson re settlement docs to sign | Kaylee Gould | $145.00 |
| 9/6/2021 | 0.1 | $22.00 | Conference with AR regarding settlement agreement | Samuel Brown | $220.00 |
| 9/6/2021 | 0.3 | $66.00 | Editing and revision of settlement agreement | Samuel Brown | $220.00 |
| 9/6/2021 | 0.2 | $44.00 | Receipt and review of settlement agreement | Samuel Brown | $220.00 |
| 9/6/2021 | 0.2 | $44.00 | Telephone Conference(s) between Attorney and Client ▮ | Samuel Brown | $220.00 |
| 9/6/2021 | 0.3 | $66.00 | Telephone Conference(s) between Attorney and Client ▮ | Samuel Brown | $220.00 |
| 9/6/2021 | 0.1 | $22.00 | Compose electronic communication to opposing counsel regarding settlement agreement edits | Samuel Brown | $220.00 |
| 9/2/2021 | 0.1 | $9.00 | Work on Client's file: process ECF - Order Granting Extension of Time | Tracy Freeman | $90.00 |
| 9/1/2021 | 0.1 | $29.00 | Conference with SG re: case status and next steps | April Rhéaume | $290.00 |
| 8/31/2021 | 0.1 | $9.00 | Work on Client's file: process ECF - Joint Motion for Extension of Time to File Dismissal Docs | Tracy Freeman | $90.00 |

| Date | Hours | Amount | Description | Attorney | Rate |
|---|---|---|---|---|---|
| 8/31/2021 | 0.2 | $44.00 | Preparation and drafting of Joint Motion for Extension | Samuel Brown | $220.00 |
| 8/31/2021 | 0.1 | $22.00 | Compose electronic communication to opposing counsel regarding Joint Motion for Extension | Samuel Brown | $220.00 |
| 8/31/2021 | 0.1 | $47.00 | Examination of order | Josh Sanford | $470.00 |
| 8/31/2021 | 0.1 | $29.00 | Conference with JS re: settlement reached | April Rhéaume | $290.00 |
| 8/31/2021 | 0.1 | $29.00 | Conference with SB re: next steps | April Rhéaume | $290.00 |
| 8/31/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: settlement reached and next steps | April Rhéaume | $290.00 |
| 8/31/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: breakdown | April Rhéaume | $290.00 |
| 8/31/2021 | 0.1 | $29.00 | Examination of notice | April Rhéaume | $290.00 |
| 8/31/2021 | 0.1 | $47.00 | Examination of order | Josh Sanford | $470.00 |
| 8/30/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: update | April Rhéaume | $290.00 |
| 8/26/2021 | 0.1 | $29.00 | Receipt and review of agreement draft | April Rhéaume | $290.00 |
| 8/26/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: receipt of agreement and next steps | April Rhéaume | $290.00 |
| 8/24/2021 | 0.1 | $29.00 | Client Huston conference with Attorney | April Rhéaume | $290.00 |
| 8/24/2021 | 0.1 | $29.00 | Client Huston conference with Attorney | April Rhéaume | $290.00 |
| 8/24/2021 | 0.1 | $29.00 | Client Craven conference with Attorney | April Rhéaume | $290.00 |
| 8/20/2021 | 0.1 | $29.00 | Client conference with Attorney | April Rhéaume | $290.00 |
| 8/16/2021 | 0.1 | $29.00 | Conference with DH re: data entry issues | April Rhéaume | $290.00 |
| 8/5/2021 | 0.1 | $29.00 | Client conference with Attorney regarding update | April Rhéaume | $290.00 |
| 8/2/2021 | 0.1 | $29.00 | Compose electronic communication to Co-counsel re: fees for settlement split | April Rhéaume | $290.00 |
| 8/2/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from co cousnel re: expenses and hours | April Rhéaume | $290.00 |
| 8/2/2021 | 0.1 | $29.00 | Conference with TF and JS re: ▮▮▮ | April Rhéaume | $290.00 |
| 8/2/2021 | 0.1 | $29.00 | Conference with SG re: case status and next steps | April Rhéaume | $290.00 |
| 8/2/2021 | 0.1 | $47.00 | Preparation and drafting of IOMS: case management | Josh Sanford | $470.00 |
| 7/31/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 7/31/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 7/29/2021 | 0.1 | $47.00 | Examination of order | Josh Sanford | $470.00 |
| 7/28/2021 | 0.1 | $40.00 | Conference with AR re feedback | Anna Stiritz | $400.00 |
| 7/28/2021 | 0.1 | $29.00 | Compose electronic communication to Co-counsel re: ▮▮▮ | April Rhéaume | $290.00 |
| 7/28/2021 | 0.1 | $29.00 | Conference with JS re: ▮▮▮ | April Rhéaume | $290.00 |
| 7/28/2021 | 0.1 | $29.00 | Conference with SG re: status report | April Rhéaume | $290.00 |
| 7/28/2021 | 0.1 | $47.00 | Examination of settlement docs | Josh Sanford | $470.00 |
| 7/28/2021 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from AR: contact with CO-C | Josh Sanford | $470.00 |
| 7/28/2021 | 0.1 | $29.00 | Conference with AR re: case deadline | Stacy Gibson | $290.00 |
| 7/27/2021 | 0.1 | $29.00 | Telephone Conference(s) with Opposing Counsel re: message | April Rhéaume | $290.00 |
| 7/27/2021 | 0.2 | $58.00 | Telephone Conference(s) with Opposing Counsel re: settlement terms | April Rhéaume | $290.00 |
| 7/27/2021 | 0.1 | $29.00 | Telephone Conference(s) between Attorney and Client re: settlement reached | April Rhéaume | $290.00 |
| 7/27/2021 | 0.2 | $58.00 | Preparation and drafting of Notice of Settlement | April Rhéaume | $290.00 |

| Date | Hours | Amount | Description | Timekeeper | Rate |
|---|---|---|---|---|---|
| 7/27/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: non-monetary terms | April Rhéaume | $290.00 |
| 7/27/2021 | 0.1 | $29.00 | Receipt and review of confirmation email re: settlement | April Rhéaume | $290.00 |
| 7/27/2021 | 0.1 | $29.00 | Compose electronic communication to OC re: notice of settlement | April Rhéaume | $290.00 |
| 7/27/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: non-monetary term clarification | April Rhéaume | $290.00 |
| 7/27/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: further non-monetary terms | April Rhéaume | $290.00 |
| 7/27/2021 | 0.3 | $87.00 | Work on Client's file: prepare moving case to settlement phase | April Rhéaume | $290.00 |
| 7/27/2021 | 0.1 | $47.00 | Examination of IOM: settlement | Josh Sanford | $470.00 |
| 7/23/2021 | 0.1 | $29.00 | Compose electronic communication to OC re reminder | April Rhéaume | $290.00 |
| 7/23/2021 | 0.1 | $47.00 | Examination of IOM: OC correspondence | Josh Sanford | $470.00 |
| 7/23/2021 | 0.1 | $47.00 | Examination of OC email | Josh Sanford | $470.00 |
| 7/20/2021 | 0.1 | $29.00 | Telephone Conference(s) with Opposing Counsel re: last and final settlement; terms | April Rhéaume | $290.00 |
| 7/20/2021 | 0.2 | $58.00 | Telephone Conference(s) between Attorney and Client Kay Craven re: ▓▓▓▓▓▓▓▓▓▓ | April Rhéaume | $290.00 |
| 7/20/2021 | 0.1 | $29.00 | Conference with Js re: last and final | April Rhéaume | $290.00 |
| 7/20/2021 | 0.1 | $29.00 | Conference with JS re: settlement terms | April Rhéaume | $290.00 |
| 7/20/2021 | 0.1 | $47.00 | Discussion of case status and directing case strategy to Attorney AR (demand) | Josh Sanford | $470.00 |
| 7/19/2021 | 0.1 | $29.00 | Client Hutson conference with Attorney regarding update | April Rhéaume | $290.00 |
| 7/19/2021 | 0.1 | $29.00 | Work on Client's file: settlement breakdown | April Rhéaume | $290.00 |
| 7/19/2021 | 0.3 | $87.00 | Telephone Conference(s) between Attorney and Client Debbie re: details of settlement | April Rhéaume | $290.00 |
| 7/19/2021 | 0.1 | $29.00 | Telephone Conference(s) between Attorney and Client Diane re: message | April Rhéaume | $290.00 |
| 7/19/2021 | 0.1 | $47.00 | Examination of IOMS: offer from OC | Josh Sanford | $470.00 |
| 7/17/2021 | 0.1 | $29.00 | Client Hutson conference with Attorney via email regarding case status and next steps | April Rhéaume | $290.00 |
| 7/15/2021 | 0.1 | $29.00 | Receipt and review of counter bracket | April Rhéaume | $290.00 |
| 7/15/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: response to bracket suggestion | April Rhéaume | $290.00 |
| 7/6/2021 | 0.1 | $29.00 | Conference with JS re: no hearing | April Rhéaume | $290.00 |
| 7/6/2021 | 0.1 | $29.00 | Client Hutson conference with Attorney regarding update | April Rhéaume | $290.00 |
| 7/6/2021 | 0.1 | $29.00 | Conference with attys re: case status and next steps | April Rhéaume | $290.00 |
| 7/6/2021 | 0.1 | $47.00 | Discussion of case status and directing case strategy to Attorney AR | Josh Sanford | $470.00 |
| 6/30/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 6/30/2021 | 0.1 | $14.50 | Receipt and review of Order Modifying SO; update deadlines | Stacy Govens | $145.00 |
| 6/29/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 6/29/2021 | 0.1 | $14.50 | Receipt and review of e-mail from OC approving Report regarding settlement | Stacy Govens | $145.00 |

| Date | Hours | Amount | Description | Timekeeper | Rate |
|---|---|---|---|---|---|
| 6/29/2021 | 0.1 | $14.50 | Receipt and review of e-mail correspondence from OC re: agreement to file Report Regarding Settlement | Stacy Govens | $145.00 |
| 6/29/2021 | 0.1 | $14.50 | Receipt and review of ECF notification of Status Report Joint Report Regarding Settlement filed by OC | Stacy Govens | $145.00 |
| 6/29/2021 | 0.3 | $87.00 | Telephone Conference(s) between Attorney and Client hutson re: update, settlement | April Rhéaume | $290.00 |
| 6/29/2021 | 0.1 | $29.00 | Receipt and review of order; aso | April Rhéaume | $290.00 |
| 6/29/2021 | 0.1 | $47.00 | Examination of Intra-office memo regarding case events and deadlines | Josh Sanford | $470.00 |
| 6/29/2021 | 0.1 | $47.00 | Examination of order | Josh Sanford | $470.00 |
| 6/28/2021 | 0.1 | $14.50 | Conference with attorney re: Joint Report Regarding Settlement | Stacy Govens | $145.00 |
| 6/28/2021 | 0.2 | $29.00 | Preparation and drafting of Joint Report regarding Settlement | Stacy Govens | $145.00 |
| 6/28/2021 | 0.1 | $14.50 | Compose electronic communication to OC re: draft of Joint Report Regarding Settlement | Stacy Govens | $145.00 |
| 6/28/2021 | 0.1 | $29.00 | Compose electronic communication to AR re: case deadline | Stacy Gibson | $290.00 |
| 6/28/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from co counsel re: deadline | April Rhéaume | $290.00 |
| 6/28/2021 | 0.1 | $29.00 | Compose electronic communication to OC re: deadline, settlement negotiation status | April Rhéaume | $290.00 |
| 6/28/2021 | 0.1 | $29.00 | Conference with SDG re: status report | April Rhéaume | $290.00 |
| 6/28/2021 | 0.1 | $29.00 | Receipt and review of file-marked status report | April Rhéaume | $290.00 |
| 6/28/2021 | 0.1 | $29.00 | Compose electronic communication to OC re: settlement negotiation status and next steps | April Rhéaume | $290.00 |
| 6/28/2021 | 0.1 | $29.00 | Conference with SDG re: communications with OC re: [redacted] | April Rhéaume | $290.00 |
| 6/28/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: filing status report | April Rhéaume | $290.00 |
| 6/28/2021 | 0.1 | $47.00 | Examination of email to OC | Josh Sanford | $470.00 |
| 6/24/2021 | 0.1 | $29.00 | Compose electronic communication to OC re: request for update on bracket offer | April Rhéaume | $290.00 |
| 6/24/2021 | 0.1 | $29.00 | Telephone Conference(s) between Attorney and Client craven, message re: settlement | April Rhéaume | $290.00 |
| 6/24/2021 | 0.1 | $29.00 | Telephone Conference(s) between Attorney and client Hutson, message re: settlement | April Rhéaume | $290.00 |
| 6/22/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: discussion about settlement | April Rhéaume | $290.00 |
| 6/22/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: discussion about settlement | April Rhéaume | $290.00 |
| 6/22/2021 | 0.2 | $58.00 | Telephone Conference(s) with Opposing Counsel re: settlement prospects | April Rhéaume | $290.00 |
| 6/22/2021 | 0.1 | $29.00 | Conference with SG re: deadline for Monday re: settlement | April Rhéaume | $290.00 |
| 6/22/2021 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from AR: settlement offers | Josh Sanford | $470.00 |
| 6/21/2021 | 0.1 | $29.00 | Conference with JS re: case status and prospects for settlement | April Rhéaume | $290.00 |

| Date | Hours | Rate | Description | Attorney | Total |
|---|---|---|---|---|---|
| 6/21/2021 | 0.1 | $47.00 | Discussion of case status and directing case strategy to Attorney AR | Josh Sanford | $470.00 |
| 6/18/2021 | 0.1 | $29.00 | Compose electronic communication to AR re: case deadline | Stacy Gibson | $290.00 |
| 6/14/2021 | 0.2 | $58.00 | Compose electronic communication to OC re: counteroffer | April Rhéaume | $290.00 |
| 6/14/2021 | 0.1 | $29.00 | Client Craven conference with Attorney regarding update | April Rhéaume | $290.00 |
| 6/14/2021 | 0.1 | $29.00 | Client Hutson conference with Attorney regarding status update | April Rhéaume | $290.00 |
| 6/11/2021 | 0.1 | $29.00 | Client Hutson conference with Attorney regarding update | April Rhéaume | $290.00 |
| 6/10/2021 | 0.1 | $29.00 | Conference with AR re: case deadline | Stacy Gibson | $290.00 |
| 6/10/2021 | 0.1 | $29.00 | Conference with SG re: deadlines on calendar | April Rhéaume | $290.00 |
| 6/8/2021 | 0.1 | $47.00 | Conference with AR: counteroffer | Josh Sanford | $470.00 |
| 6/1/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 6/1/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 6/1/2021 | 0.1 | $47.00 | Examination of Intra-office memo regarding case events and deadlines | Josh Sanford | $470.00 |
| 6/1/2021 | 0.1 | $47.00 | Examination of IOMS: re demand | Josh Sanford | $470.00 |
| 5/28/2021 | 0.1 | $47.00 | Examination of order | Josh Sanford | $470.00 |
| 5/27/2021 | 0.1 | $29.00 | Receipt and review of filed status report | April Rhéaume | $290.00 |
| 5/27/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: status report | April Rhéaume | $290.00 |
| 5/27/2021 | 0.1 | $29.00 | Conference with SG re: status report | April Rhéaume | $290.00 |
| 5/27/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from co-c re: status report due date | April Rhéaume | $290.00 |
| 5/27/2021 | 0.1 | $29.00 | Conference with AR re: case deadline | Stacy Gibson | $290.00 |
| 5/27/2021 | 0.1 | $47.00 | Examination of JSR-filed | Josh Sanford | $470.00 |
| 5/26/2021 | 0.1 | $29.00 | Preparation and drafting of Status report | April Rhéaume | $290.00 |
| 5/26/2021 | 0.1 | $29.00 | Compose electronic communication to OC re: status report | April Rhéaume | $290.00 |
| 5/21/2021 | 0.1 | $29.00 | Client Hutson conference with Attorney regarding ▓▓▓ | April Rhéaume | $290.00 |
| 5/21/2021 | 0.1 | $29.00 | Client Craven conference with Attorney regarding ▓▓▓ | April Rhéaume | $290.00 |
| 5/21/2021 | 0.1 | $29.00 | Conference with SR re: brackets for settlement | April Rhéaume | $290.00 |
| 5/21/2021 | 0.1 | $35.00 | Conference with AR regarding settlement negotiation | Steve Rauls | $350.00 |
| 5/21/2021 | 0.1 | $29.00 | Telephone Conference(s) between Attorney and Client Hutson re: ▓▓▓ | April Rhéaume | $290.00 |
| 5/20/2021 | 0.1 | $14.50 | Receipt and review of e-mail correspondence from OC re: status of settlement response | Stacy Govens | $145.00 |
| 5/20/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: conferring about settlement x2 | April Rhéaume | $290.00 |
| 5/20/2021 | 0.1 | $29.00 | Conference with AR and SDG re: case deadline | Stacy Gibson | $290.00 |
| 5/20/2021 | 0.2 | $58.00 | Telephone Conference(s) with Opposing Counsel re: settlement possibilities/counteroffer | April Rhéaume | $290.00 |
| 5/20/2021 | 0.1 | $29.00 | Receipt and review of settlement coutneroffer letter | April Rhéaume | $290.00 |
| 5/20/2021 | 0.1 | $47.00 | Examination of OC emails | Josh Sanford | $470.00 |

| Date | Hours | Amount | Description | Attorney | Rate |
|---|---|---|---|---|---|
| 5/19/2021 | 0.1 | $29.00 | Compose electronic communication to OC re: request for response to settlement demand | April Rhéaume | $290.00 |
| 5/19/2021 | 0.1 | $47.00 | Examination of email to OC | Josh Sanford | $470.00 |
| 5/11/2021 | 0.1 | $14.50 | Conference with attorney re deadline | Stacy Govens | $145.00 |
| 5/10/2021 | 0.1 | $29.00 | Client Hutson conference with Attorney via email regarding update | April Rhéaume | $290.00 |
| 5/5/2021 | 0.1 | $29.00 | Conference with JS re: demand details | April Rhéaume | $290.00 |
| 5/5/2021 | 0.1 | $29.00 | Editing and revision of demand; minor edits, calculation | April Rhéaume | $290.00 |
| 5/5/2021 | 0.1 | $29.00 | Compose electronic communication to OC re: initial demand | April Rhéaume | $290.00 |
| 5/5/2021 | 0.1 | $29.00 | Editing and revision of non-monetary demands to include tax treatment of wages | April Rhéaume | $290.00 |
| 5/5/2021 | 0.1 | $47.00 | Editing and revision of demand | Josh Sanford | $470.00 |
| 5/5/2021 | 0.1 | $47.00 | Discussion of case status and directing case strategy to Attorney AR | Josh Sanford | $470.00 |
| 5/5/2021 | 0.1 | $47.00 | Examination of emails with OC | Josh Sanford | $470.00 |
| 5/4/2021 | 1 | $290.00 | Preparation and drafting of demand letter | April Rhéaume | $290.00 |
| 5/4/2021 | 0.2 | $70.00 | Editing and revision of demand letter; follow up with AR | Steve Rauls | $350.00 |
| 5/4/2021 | 0.1 | $29.00 | Editing and revision of demand letter | April Rhéaume | $290.00 |
| 5/4/2021 | 0.1 | $29.00 | Preparation and drafting of list of non-monetary demands | April Rhéaume | $290.00 |
| 5/4/2021 | 0.1 | $29.00 | Compose electronic communication to Craven re: draft of demand | April Rhéaume | $290.00 |
| 5/4/2021 | 0.1 | $29.00 | Compose electronic communication to Hutson re: draft of demand | April Rhéaume | $290.00 |
| 5/4/2021 | 0.3 | $87.00 | Telephone Conference(s) between Attorney and Client Hutson | April Rhéaume | $290.00 |
| 5/4/2021 | 0.3 | $87.00 | Telephone Conference(s) between Attorney and Client Craven re: [redacted] | April Rhéaume | $290.00 |
| 5/4/2021 | 0.1 | $29.00 | Conference with attys re: [redacted] | April Rhéaume | $290.00 |
| 4/28/2021 | 0.1 | $29.00 | Client conference with Attorney via email regarding update and next steps | April Rhéaume | $290.00 |
| 4/27/2021 | 0.2 | $58.00 | Telephone Conference(s) with Opposing Counsel re: [redacted] | April Rhéaume | $290.00 |
| 4/27/2021 | 0.1 | $29.00 | Compose electronic communication to OC re request for more info; follow up | April Rhéaume | $290.00 |
| 4/27/2021 | 0.1 | $29.00 | Client Craven conference with Attorney via email regarding update and next steps | April Rhéaume | $290.00 |
| 4/27/2021 | 0.1 | $29.00 | Client Hutson conference with Attorney via email regarding update and next steps | April Rhéaume | $290.00 |
| 4/27/2021 | 0.1 | $47.00 | Examination of email to OC | Josh Sanford | $470.00 |
| 4/23/2021 | 0.1 | $29.00 | Compose electronic communication to OC re: docs missing | April Rhéaume | $290.00 |
| 4/23/2021 | 0.1 | $29.00 | Conference with DF re: lacking discovery records | April Rhéaume | $290.00 |
| 4/23/2021 | 0.1 | $14.50 | Receipt and review of ECF notification of Certification of Service of Defendant's documents filed by OC | Stacy Govens | $145.00 |

| Date | Hours | Amount | Description | Timekeeper | Rate |
|---|---|---|---|---|---|
| 4/23/2021 | 0.1 | $14.50 | Receipt and review of ECF notification of Notice of Service filed by OC | Stacy Govens | $145.00 |
| 4/23/2021 | 0.1 | $47.00 | Examination of email to OC | Josh Sanford | $470.00 |
| 4/22/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 4/22/2021 | 0.1 | $29.00 | Receipt and review of discovery answers | April Rhéaume | $290.00 |
| 4/22/2021 | 0.1 | $29.00 | Receipt and review of file-marked certificate of service | April Rhéaume | $290.00 |
| 4/22/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 4/22/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 4/22/2021 | 1.7 | $493.00 | Work on Client's file: damage calculation estimates | April Rhéaume | $290.00 |
| 4/22/2021 | 0.1 | $47.00 | Examination of transmittal from OC-discovery responses | Josh Sanford | $470.00 |
| 4/21/2021 | 0.1 | $29.00 | Conference with LH re: case status and next steps | April Rhéaume | $290.00 |
| 4/20/2021 | 0.1 | $14.50 | Conference with AR re: verified summary | Stacy Govens | $145.00 |
| 4/20/2021 | 0.1 | $29.00 | Conference with SDG re: discovery responses received; need docs | April Rhéaume | $290.00 |
| 4/20/2021 | 0.1 | $29.00 | Telephone Conference(s) between Attorney Hutson and Client rE: status update | April Rhéaume | $290.00 |
| 4/20/2021 | 0.1 | $32.50 | Conference with AR re: status | Lydia H. Hamlet | $325.00 |
| 4/19/2021 | 0.1 | $29.00 | Conference with SG re: payroll records received | April Rhéaume | $290.00 |
| 4/15/2021 | 0.1 | $29.00 | Receipt and review of discolsures | April Rhéaume | $290.00 |
| 4/15/2021 | 0.1 | $14.50 | Receipt and review of ECF notification of Notice of Service filed by OC | Stacy Govens | $145.00 |
| 4/15/2021 | 0.2 | $94.00 | Examination of emails with OC; summary | Josh Sanford | $470.00 |
| 4/6/2021 | 0.2 | $58.00 | Conference with SG, JS and staff re: ECF notices not coming through, trouble shooting | April Rhéaume | $290.00 |
| 4/6/2021 | 0.2 | $94.00 | Receive, read and prepare response to email(s) from AR: 216 motion | Josh Sanford | $470.00 |
| 4/5/2021 | 0.1 | $47.00 | Examination of OC email to chambers | Josh Sanford | $470.00 |
| 3/31/2021 | 0.2 | $58.00 | Telephone Conference(s) between Attorney and Client Hutson re: update | April Rhéaume | $290.00 |
| 3/31/2021 | 0.1 | $29.00 | Conference with SDG re: upcoming deadlines, next steps | April Rhéaume | $290.00 |
| 3/30/2021 | 0.1 | $47.00 | Examination of order-referral | Josh Sanford | $470.00 |
| 3/30/2021 | 0.1 | $47.00 | Examination of MJ chambers email | Josh Sanford | $470.00 |
| 3/24/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from clerk re: ECF filing | April Rhéaume | $290.00 |
| 3/24/2021 | 0.1 | $29.00 | Compose electronic communication to co-c re: filing notice | April Rhéaume | $290.00 |
| 3/24/2021 | 0.1 | $29.00 | Editing and revision of Notice to be signed by Co-c instead since he will be filing, per local rules | April Rhéaume | $290.00 |
| 3/24/2021 | 0.1 | $14.50 | Receipt and review of ECF notification of filed Certificate of Service of Plaintiffs' Answers to Interrogatories | Stacy Govens | $145.00 |
| 3/24/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 3/24/2021 | 0.1 | $47.00 | Examination of emails with CO-C | Josh Sanford | $470.00 |
| 3/24/2021 | 0.1 | $47.00 | Examination of filed certified | Josh Sanford | $470.00 |
| 3/23/2021 | 0.1 | $14.50 | Conference with AR re: deadline | Stacy Govens | $145.00 |
| 3/23/2021 | 0.4 | $116.00 | Work on Client's file: troubleshooting efile issues | April Rhéaume | $290.00 |
| 3/23/2021 | 0.2 | $58.00 | Editing and revision of Notice of Service of Answers to Court's Interrogatories | April Rhéaume | $290.00 |

| Date | Hours | Amount | Description | Timekeeper | Rate |
|---|---|---|---|---|---|
| 3/23/2021 | 0.1 | $29.00 | Filing of Notice of Service of Answers to Court's Interrogatories | April Rhéaume | $290.00 |
| 3/23/2021 | 0.1 | $14.50 | Conference with April re: COS | Stacy Govens | $145.00 |
| 3/19/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from OC re: missing page to discovery responses | April Rhéaume | $290.00 |
| 3/19/2021 | 0.1 | $14.50 | Receipt and review of e-mail correspondence from OC re: complete discovery answers | Stacy Govens | $145.00 |
| 3/16/2021 | 0.1 | $29.00 | Receipt and review of notarized discovery responses | April Rhéaume | $290.00 |
| 3/16/2021 | 0.1 | $29.00 | Receipt and review of signed discovery responses by client Hutson | April Rhéaume | $290.00 |
| 3/16/2021 | 0.1 | $29.00 | Client Hutson conference with Attorney via email regarding receipt of discovery answers, update | April Rhéaume | $290.00 |
| 3/16/2021 | 0.1 | $29.00 | Work on Client's file: prepare discovery responses for submission to OC | April Rhéaume | $290.00 |
| 3/16/2021 | 0.1 | $29.00 | Compose electronic communication to OC re: discovery answers | April Rhéaume | $290.00 |
| 3/16/2021 | 0.1 | $29.00 | Client Hutson conference with Attorney via email regarding receipt of discovery answers | April Rhéaume | $290.00 |
| 3/16/2021 | 0.1 | $47.00 | Examination of email to OC | Josh Sanford | $470.00 |
| 3/15/2021 | 0.4 | $58.00 | Preparation and drafting of Initial Disclosures and edit ESCM docs | Stacy Govens | $145.00 |
| 3/15/2021 | 0.1 | $14.50 | Conference with AR re status of ESCM | Stacy Govens | $145.00 |
| 3/12/2021 | 0.3 | $87.00 | Editing and revision of Answers to Rogs for Hutson | April Rhéaume | $290.00 |
| 3/12/2021 | 0.1 | $29.00 | Client Hutson conference with Attorney via email regarding revisions to Rogs | April Rhéaume | $290.00 |
| 3/11/2021 | 0.2 | $58.00 | Telephone Conference(s) between Attorney and Client Debbie Hutson re: discovery responses | April Rhéaume | $290.00 |
| 3/11/2021 | 0.3 | $87.00 | Receipt and review of client Hutson notes | April Rhéaume | $290.00 |
| 3/11/2021 | 0.2 | $58.00 | Editing and revision of Answers to Rogs for Hutson | April Rhéaume | $290.00 |
| 3/10/2021 | 0.1 | $29.00 | Receipt and review of paystub from client Craven | April Rhéaume | $290.00 |
| 3/10/2021 | 0.1 | $29.00 | Client Craven conference with Attorney via email regarding initial discovery responses | April Rhéaume | $290.00 |
| 3/10/2021 | 0.2 | $58.00 | Editing and revision of Answers to Rogs based on client review | April Rhéaume | $290.00 |
| 3/10/2021 | 0.2 | $58.00 | Client Craven conference with Attorney via email x3 regarding revisions to Answers | April Rhéaume | $290.00 |
| 3/9/2021 | 0.1 | $29.00 | Telephone Conference(s) between Attorney and Client Debbie Hutson re: status update | April Rhéaume | $290.00 |
| 3/9/2021 | 0.1 | $29.00 | Editing and revision of Answers to Rogs for plaintiff Craven - minor edits, prepare for client review | April Rhéaume | $290.00 |
| 3/9/2021 | 0.1 | $29.00 | Editing and revision of Answers to Rogs for plaintiff Hutson - minor edits, prepare for client review | April Rhéaume | $290.00 |
| 3/9/2021 | 0.1 | $29.00 | Huston Client conference with Attorney via email regarding review of interrogatory responses | April Rhéaume | $290.00 |
| 3/9/2021 | 0.1 | $29.00 | Craven Client conference with Attorney via email regarding review of interrogatory responses | April Rhéaume | $290.00 |
| 3/8/2021 | 1.5 | $525.00 | Work on Client's file: damages calculations for two plaintiffs; edit proposed responses to court interrogatories | Steve Rauls | $350.00 |

| Date | Hours | Amount | Description | Attorney | Rate |
|---|---|---|---|---|---|
| 3/5/2021 | 0.5 | $145.00 | Telephone Conference(s) between Attorney and Client Hudson re: interrogatory answers, status update, next steps | April Rhéaume | $290.00 |
| 3/5/2021 | 0.4 | $116.00 | Preparation and drafting of Answers to Interrogatories for client Hudson | April Rhéaume | $290.00 |
| 3/5/2021 | 0.4 | $116.00 | Telephone Conference(s) between Attorney and Client Craven re: interrogatory answers, update, and next steps | April Rhéaume | $290.00 |
| 3/5/2021 | 0.4 | $116.00 | Preparation and drafting of interrogatory answers for craven | April Rhéaume | $290.00 |
| 3/4/2021 | 0.3 | $87.00 | Telephone Conference(s) with OC and JS rE: case details, how the case may proceed; MCA, MSJ possibilities. | April Rhéaume | $290.00 |
| 3/4/2021 | 0.1 | $14.50 | Receipt and review of ECF notification filed Scheduling Order | Stacy Govens | $145.00 |
| 3/4/2021 | 0.1 | $29.00 | Receipt and review of discovery order | April Rhéaume | $290.00 |
| 3/4/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 3/4/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 3/4/2021 | 0.2 | $18.00 | Work on Client's file: set deadlines on FLSA Scheduling Order | Tracy Freeman | $90.00 |
| 3/4/2021 | 1 | $145.00 | Preparation and drafting of ESCM | Stacy Govens | $145.00 |
| 3/4/2021 | 0.4 | $116.00 | Telephone Conference(s) between Attorney and Client Craven re: discovery questions; update; next steps | April Rhéaume | $290.00 |
| 3/4/2021 | 0.1 | $29.00 | Telephone Conference(s) between Attorney and Client Hudson re: message | April Rhéaume | $290.00 |
| 3/4/2021 | 0.4 | $116.00 | Preparation and drafting of answers to interrogatories | April Rhéaume | $290.00 |
| 3/4/2021 | 0.1 | $47.00 | Examination of emails with OC | Josh Sanford | $470.00 |
| 3/4/2021 | 0.3 | $141.00 | Telephone Conference(s) with OC: AR | Josh Sanford | $470.00 |
| 3/4/2021 | 0.3 | $141.00 | Court Appearance (including travel time and waiting) ( by phone) | Josh Sanford | $470.00 |
| 3/4/2021 | 0.1 | $47.00 | Examination of minute entry | Josh Sanford | $470.00 |
| 3/4/2021 | 0.1 | $47.00 | Examination of FLSA scheduling order | Josh Sanford | $470.00 |
| 3/3/2021 | 0.2 | $29.00 | Perform legal research regarding scheduling orders/local rules in KS | Stacy Govens | $145.00 |
| 3/3/2021 | 0.1 | $14.50 | Conference with AR re: scheduling research | Stacy Govens | $145.00 |
| 3/3/2021 | 0.1 | $29.00 | Compose electronic communication to OC re: request for quick call before conference | April Rhéaume | $290.00 |
| 3/3/2021 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from CO-C | Josh Sanford | $470.00 |
| 3/3/2021 | 0.1 | $47.00 | Preparation for Hearing | Josh Sanford | $470.00 |
| 3/2/2021 | 0.1 | $29.00 | Conference with AR re: status conference | Stacy Gibson | $290.00 |
| 3/2/2021 | 0.1 | $29.00 | Conference with JS re: ▓▓▓▓ | April Rhéaume | $290.00 |
| 2/16/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 2/16/2021 | 0.1 | $14.50 | Receipt and review of ECF notification of Hearing | Stacy Govens | $145.00 |
| 2/16/2021 | 0.1 | $29.00 | Receipt and review of Answer | April Rhéaume | $290.00 |
| 2/16/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 2/16/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 2/16/2021 | 0.1 | $9.00 | Work on Client's file: process ECFs. | Tracy Freeman | $90.00 |
| 2/16/2021 | 0.1 | $47.00 | Examination of notice of hearing | Josh Sanford | $470.00 |

| Date | Hours | Amount | Description | Timekeeper | Rate |
|---|---|---|---|---|---|
| 2/16/2021 | 0.1 | $47.00 | Examination of Rule 7 disclosures | Josh Sanford | $470.00 |
| 2/16/2021 | 0.1 | $47.00 | Examination of CO-C emails | Josh Sanford | $470.00 |
| 2/15/2021 | 0.1 | $47.00 | Examination of designation of Place of Trial | Josh Sanford | $470.00 |
| 2/15/2021 | 0.3 | $141.00 | Examination of answer | Josh Sanford | $470.00 |
| 2/15/2021 | 0.1 | $47.00 | Preparation and drafting of IOM: 216 motion | Josh Sanford | $470.00 |
| 2/10/2021 | 0.1 | $29.00 | Conference with SDG re: deadlines, next steps | April Rhéaume | $290.00 |
| 2/3/2021 | 0.1 | $29.00 | Receipt and review of order granting PHV | April Rhéaume | $290.00 |
| 2/2/2021 | 0.1 | $47.00 | Examination of email to chambers | Josh Sanford | $470.00 |
| 1/28/2021 | 0.1 | $14.50 | Conference with Tracy re: certificate of good standing | Stacy Govens | $145.00 |
| 1/28/2021 | 0.1 | $14.50 | Conference with Judson re: obtaining certificate of good standing | Stacy Govens | $145.00 |
| 1/28/2021 | 0.1 | $29.00 | Receive, read and prepare response to email(s) from Co-C re: PHV | April Rhéaume | $290.00 |
| 1/28/2021 | 0.1 | $47.00 | Examination of | Josh Sanford | $470.00 |
| 1/27/2021 | 0.1 | $47.00 | Examination of OC email to chambers | Josh Sanford | $470.00 |
| 1/26/2021 | 0.2 | $58.00 | Editing and revision of motion for phv | April Rhéaume | $290.00 |
| 1/26/2021 | 0.2 | $58.00 | Editing and revision of declaration in support of motion for phv | April Rhéaume | $290.00 |
| 1/26/2021 | 0.1 | $29.00 | Preparation and drafting of proposed order granting phv | April Rhéaume | $290.00 |
| 1/26/2021 | 0.1 | $29.00 | Preparation and drafting of ECF form for filing with PHV | April Rhéaume | $290.00 |
| 1/26/2021 | 0.1 | $29.00 | Compose electronic communication to Co-C re: PHV docs | April Rhéaume | $290.00 |
| 1/26/2021 | 0.1 | $29.00 | Conference with JS re: PHV docs | April Rhéaume | $290.00 |
| 1/26/2021 | 0.3 | $87.00 | Perform legal research regarding local rules and professional rules | April Rhéaume | $290.00 |
| 1/26/2021 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from OC- extension/tolling | Josh Sanford | $470.00 |
| 1/26/2021 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from CO-C: extension/tolling | Josh Sanford | $470.00 |
| 1/26/2021 | 0.1 | $47.00 | Conference with AR: PHV motions | Josh Sanford | $470.00 |
| 1/26/2021 | 0.1 | $47.00 | Examination of memo to CO-Cs re: PHVs | Josh Sanford | $470.00 |
| 1/25/2021 | 0.2 | $29.00 | Perform legal research regarding PHV rule | Stacy Govens | $145.00 |
| 1/25/2021 | 0.8 | $116.00 | Draft Motion for PHV for both April and Josh | Stacy Govens | $145.00 |
| 1/25/2021 | 0.1 | $14.50 | Conference with AR re: PHV | Stacy Govens | $145.00 |
| 1/25/2021 | 0.3 | $141.00 | Editing and revision of AR: PHV docs | Josh Sanford | $470.00 |
| 1/21/2021 | 0.2 | $58.00 | Telephone Conference(s) between Attorney and Client re: update; next steps; cancer; back up plan-- whether son can take over case | April Rhéaume | $290.00 |
| 1/21/2021 | 0.1 | $47.00 | Examination of settlement negotiation emails | Josh Sanford | $470.00 |
| 1/21/2021 | 0.1 | $47.00 | Receive, read and prepare response to email(s) fromCL: counteroffer | Josh Sanford | $470.00 |
| 1/21/2021 | 0.1 | $47.00 | Examination of demand to OC | Josh Sanford | $470.00 |
| 1/20/2021 | 0.2 | $18.00 | Work on Client's file: update pleadings filed; email JS re service | Tracy Freeman | $90.00 |
| 1/20/2021 | 0.1 | $47.00 | Examination of IOM: case management | Josh Sanford | $470.00 |
| 1/20/2021 | 0.1 | $47.00 | Examination of offer from OC | Josh Sanford | $470.00 |
| 1/19/2021 | 0.1 | $29.00 | Receipt and review of email from OC re: PHV | April Rhéaume | $290.00 |
| 1/19/2021 | 0.1 | $47.00 | Editing and revision ofdemand | Josh Sanford | $470.00 |
| 1/19/2021 | 0.1 | $47.00 | Examination of email to OC | Josh Sanford | $470.00 |

| Date | Hours | Amount | Description | Attorney | Rate Total |
|---|---|---|---|---|---|
| 1/19/2021 | 0.1 | $47.00 | Examination of return of summons | Josh Sanford | $470.00 |
| 1/19/2021 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from CO-C/AR: PHV motions | Josh Sanford | $470.00 |
| 1/12/2021 | 0.1 | $9.00 | Work on Client's file: send complaint for service | Tracy Freeman | $90.00 |
| 1/7/2021 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from CO-C: filing today | Josh Sanford | $470.00 |
| 1/7/2021 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from CO-C | Josh Sanford | $470.00 |
| 1/7/2021 | 0.1 | $47.00 | Examination of filed complaint | Josh Sanford | $470.00 |
| 1/7/2021 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from CO-C: case management | Josh Sanford | $470.00 |
| 1/6/2021 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from CO-C | Josh Sanford | $470.00 |
| 1/5/2021 | 0.4 | $88.00 | Editing and revision of Complaint and other initiating docs; email to CC re filing | Courtney Lowery | $220.00 |
| 1/5/2021 | 0.1 | $47.00 | Conference with CL: filing in KS | Josh Sanford | $470.00 |
| 1/5/2021 | 0.1 | $47.00 | Examination of email to CO-C | Josh Sanford | $470.00 |
| 1/5/2021 | 0.1 | $47.00 | Examination of CO-C email | Josh Sanford | $470.00 |
| 1/4/2021 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from CL: today's deadline | Josh Sanford | $470.00 |
| 12/16/2020 | 0.1 | $22.00 | Conference with JS and JW re tolling agreement | Courtney Lowery | $220.00 |
| 12/16/2020 | 0.4 | $88.00 | Preparation and drafting of Tolling Agreement; send to OC | Courtney Lowery | $220.00 |
| 12/16/2020 | 0.1 | $47.00 | Conference with CL: complaint, OC contact | Josh Sanford | $470.00 |
| 12/16/2020 | 0.1 | $47.00 | Editing and revision of CL: tolling agreement | Josh Sanford | $470.00 |
| 12/16/2020 | 0.1 | $47.00 | Compose electronic communication OC | Josh Sanford | $470.00 |
| 12/16/2020 | 0.1 | $47.00 | Editing and revision of tolling agreement | Josh Sanford | $470.00 |
| 12/16/2020 | 0.1 | $47.00 | Examination of emails with OC | Josh Sanford | $470.00 |
| 12/9/2020 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from CL: complaint, next steps | Josh Sanford | $470.00 |
| 12/9/2020 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from OC | Josh Sanford | $470.00 |
| 12/9/2020 | 0.1 | $47.00 | Compose electronic communication OC | Josh Sanford | $470.00 |
| 12/9/2020 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from OC | Josh Sanford | $470.00 |
| 12/8/2020 | 0.1 | $22.00 | Conference with JS re co counsel | Courtney Lowery | $220.00 |
| 12/8/2020 | 0.1 | $22.00 | Compose electronic communication to potential local counsel | Courtney Lowery | $220.00 |
| 12/8/2020 | 0.1 | $22.00 | Preparation and drafting of co-counsel agreement | Courtney Lowery | $220.00 |
| 12/8/2020 | 0.1 | $47.00 | Conference with CL: complaint status | Josh Sanford | $470.00 |
| 12/8/2020 | 0.1 | $47.00 | Telephone Conference(s) with OC | Josh Sanford | $470.00 |
| 12/8/2020 | 0.1 | $47.00 | Compose electronic communication OC | Josh Sanford | $470.00 |
| 12/8/2020 | 0.1 | $47.00 | Examination of email to possible CO-C | Josh Sanford | $470.00 |
| 12/8/2020 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from potential CO-C | Josh Sanford | $470.00 |
| 12/8/2020 | 0.1 | $47.00 | Perform legal research regarding merits | Josh Sanford | $470.00 |
| 12/8/2020 | 0.1 | $47.00 | Examination of OC email | Josh Sanford | $470.00 |
| 12/3/2020 | 0.1 | $40.00 | Receive, read and prepare response to email(s) from Diana Craven/ AR | Anna Stiritz | $400.00 |
| 12/3/2020 | 0.1 | $29.00 | Telephone Conference(s) between Attorney and Client re: use of email/name | April Rhéaume | $290.00 |

| Date | Hours | Amount | Description | Attorney | Rate |
|---|---|---|---|---|---|
| 12/3/2020 | 0.1 | $29.00 | Conference with AS re client having issue with former employer using old email address | April Rhéaume | $290.00 |
| 12/2/2020 | 0.4 | $88.00 | Telephone Conference(s) between Attorney and Client Diana Craven re complaint allegations; edit and revision of complaint | Courtney Lowery | $220.00 |
| 12/2/2020 | 0.1 | $22.00 | Telephone Conference(s) with client re complaint allegations | Courtney Lowery | $220.00 |
| 12/2/2020 | 0.1 | $22.00 | Conference with JS re potential collective | Courtney Lowery | $220.00 |
| 12/2/2020 | 0.1 | $22.00 | Conference with JS re potential collective | Courtney Lowery | $220.00 |
| 12/2/2020 | 0.6 | $132.00 | Editing and revision of Complaint and Summonses; draft CTJs | Courtney Lowery | $220.00 |
| 12/2/2020 | 0.1 | $14.50 | Work on Client's file: Complete OC contact information | Stacy Govens | $145.00 |
| 12/2/2020 | 0.2 | $94.00 | Conference with CL: complaint, scope of case | Josh Sanford | $470.00 |
| 12/2/2020 | 0.2 | $94.00 | Editing and revision of complaint | Josh Sanford | $470.00 |
| 12/2/2020 | 0.1 | $47.00 | Compose electronic communication OC | Josh Sanford | $470.00 |
| 12/2/2020 | 0.1 | $47.00 | Preparation and drafting of IOM: Case management | Josh Sanford | $470.00 |
| 12/2/2020 | 0.1 | $47.00 | Examination of IOM-case management | Josh Sanford | $470.00 |
| 12/1/2020 | 0.1 | $14.50 | Conference with Gabe Martinez re: Ms. Hutson | Stacy Govens | $145.00 |
| 12/1/2020 | 0.4 | $88.00 | Telephone Conference(s) between Attorney and Client re complaint allegations | Courtney Lowery | $220.00 |
| 12/1/2020 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from CL: complaint | Josh Sanford | $470.00 |
| 11/30/2020 | 0.5 | $110.00 | Examination of intake notes; research re defendants; begin drafting Complaint | Courtney Lowery | $220.00 |
| 11/18/2020 | 0.2 | $80.00 | Telephone Conference(s) between Attorney and Client Debra Hutson- PC and JS | Anna Stiritz | $400.00 |
| 11/17/2020 | 0.1 | $22.00 | Conference with JS re drafting Complaint | Courtney Lowery | $220.00 |
| 11/17/2020 | 0.1 | $47.00 | Conference with CL: ▓▓▓▓▓▓▓▓▓▓ | Josh Sanford | $470.00 |
| 11/16/2020 | 0.1 | $22.00 | Conference with drafting Complaint | Courtney Lowery | $220.00 |
| 11/16/2020 | 0.1 | $29.00 | Conference with JS re: ▓▓▓▓▓▓▓▓▓▓ | April Rhéaume | $290.00 |
| 11/16/2020 | 0.1 | $47.00 | Examination of IOM: referral email | Josh Sanford | $470.00 |
| 11/16/2020 | 0.3 | $141.00 | Conference with AS: merits, defenses | Josh Sanford | $470.00 |
| 11/16/2020 | 0.1 | $47.00 | Examination of signed contract | Josh Sanford | $470.00 |
| 11/16/2020 | 0.1 | $47.00 | Telephone Conference(s) with AS: case management | Josh Sanford | $470.00 |
| 11/16/2020 | 0.1 | $47.00 | Examination of IOM: new case info | Josh Sanford | $470.00 |
| 11/16/2020 | 0.1 | $47.00 | Telephone Conference(s) with Def (left VM) | Josh Sanford | $470.00 |
| 11/16/2020 | 0.1 | $47.00 | Discussion of case status and directing case strategy to Attorney CL | Josh Sanford | $470.00 |
| 11/16/2020 | 0.1 | $47.00 | Telephone Conference(s) with Defendant | Josh Sanford | $470.00 |
| 11/16/2020 | 0.1 | $47.00 | Preparation and drafting of IOM: def contact info | Josh Sanford | $470.00 |
| 11/16/2020 | 0.1 | $47.00 | Examination of OC email | Josh Sanford | $470.00 |
| 11/16/2020 | 0.1 | $47.00 | Discussion of case status and directing case strategy to Attorney AR | Josh Sanford | $470.00 |
| 11/16/2020 | 0.2 | $94.00 | Telephone Conference(s) with OC | Josh Sanford | $470.00 |
| 11/16/2020 | 0.1 | $47.00 | Discussion of case status and directing case strategy to Attorney CL/AR | Josh Sanford | $470.00 |
| 11/16/2020 | 0.1 | $40.00 | Receive and open firm file | Anna Stiritz | $400.00 |

| Date | Hours | Rate | Description | Attorney | Total |
|---|---|---|---|---|---|
| 11/16/2020 | 0.1 | $22.00 | Receipt and review of conflict check | Daniel Ford | $220.00 |
| 1/7/2020 | 0.1 | $47.00 | Examination of issued summons | Josh Sanford | $470.00 |
| 1/7/2020 | 0.1 | $47.00 | Receive, read and prepare response to email(s) from referring attorney: statis | Josh Sanford | $470.00 |
| 2/24/2021 | | $170.00 | Service Fee to APS | Expense | |
| 1/8/2021 | | $400.00 | Filing Fee | Expense | |
| | 60.7 | $18,412.50 | | | |